UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE GORDON THOMPSON)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　Plaintiff,<br><br>v.<br><br>GUILLERMO ALEXANDER<br>　MEJIA-HERNANDEZ,<br><br>　　　　　　　Defendant. | Criminal No. 10CR4860-GT<br><br>**ORDER CONTINUING<br>SENTENCING HEARING** |

Joint motion to continue the motion hearing having been made in the above-entitled matter, the Court being fully advised and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the motion hearing in Criminal Case 10CR4860-GT is continued from February 3 2011 at 9:00 a.m.. until March 3, 2011 at 9:00 a.m..

IT IS FURTHER ORDERED that time is excluded under the Speedy Trial Act.

**SO ORDERED.**

Dated: 2-2-11

　　　　　　　　　　　　　　　　HONORABLE GORDON THOMPSON
　　　　　　　　　　　　　　　　U.S. DISTRICT COURT JUDGE