FILED
MAR 29 2011
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE GORDON THOMPSON)**

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>              Plaintiff,           )<br>                                    )<br>v.                                  )<br>                                    )<br>                                    )<br>GUILLERMO ALEXANDER                 )<br>   MEJIA-HERNANDEZ,                 )<br>                                    )<br>              Defendant.            )<br>_____)  | Criminal No. 10CR4860-GT<br><br><br><br><br><br><br><br>**ORDER CONTINUING<br>SENTENCING HEARING** |

Joint motion to continue the motion hearing having been made in the above-entitled matter, the Court being fully advised and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the motion hearing in Criminal Case 10CR4860-GT is continued from April 13, 2011 at 9:00 a.m.. until May 9, 2011 at 9:00 a.m..

IT IS FURTHER ORDERED that time is excluded under the Speedy Trial Act.

**SO ORDERED.**

Dated: 3-28-11

_____
HONORABLE GORDON THOMPSON, JR.
U.S. DISTRICT COURT JUDGE